**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter ___11___

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy            04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Englewood Hospitality LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-5305019** |

| | |
|---|---|
| 4. **Debtor's address** | **Principal place of business** |

**Principal place of business**

**495 Sylvan Ave**
**Englewood Cliffs, NJ 07632**
Number, Street, City, State & ZIP Code

**Bergen**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | Englewood Hospitality LLC | Case number *(if known)* |
|--------|---------------------------|--------------------------|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

__7225__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor    **Englewood Hospitality LLC**                                    Case number (*if known*) _____
_____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor    **Lefkes Delray LLC** _____    Relationship    **Affiliate** _____

District    **District of New Jersey** _____    When _____    Case number, if known _____

**11. Why is the case filed in *this district*?**    *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☒ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☒ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor    **Englewood Hospitality LLC**                                    Case number (*if known*)
          _____                         _____
          Name

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Englewood Hospitality LLC**                                          Case number (*if known*) _____
          Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December  8, 2025**
               MM / DD / YYYY

**X** **/s/ Georgia Dumas**                              **Georgia Dumas**
Signature of authorized representative of debtor         Printed name

Title    **Founder**

**18. Signature of attorney**

**X** **/s/ Andreas Koutsoudakis**              Date  **December  8, 2025**
Signature of attorney for debtor                      MM / DD / YYYY

**Andreas Koutsoudakis**
Printed name

**Davidoff Hutcher & Citron LLP**
Firm name

**605 Third Avenue**
**34th Floor**
**New York, NY 10158**
Number, Street, City, State & ZIP Code

Contact phone    **212 557 7200**         Email address    **aak@dhclegal.com**

Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Englewood Hospitality LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule* _____

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December  8, 2025**          X  **/s/ Georgia Dumas**
                                            Signature of individual signing on behalf of debtor

                                            **Georgia Dumas**
                                            Printed name

                                            **Founder**
                                            Position or relationship to debtor

Official Form 202              **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Englewood Hospitality LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Allied Beverage P.O. Box 7000 Elizabeth, NJ 07207 | | | | | | $22,415.22 |
| BERT POSESS, INC. 100 E. 25th Street Paterson, NJ 07514 | | | | | | $21,080.89 |
| ConnectOne Bank 301 Sylvan Avenue Englewood Cliffs, NJ 07632 | | | | $183,000.00 | $0.00 | $183,000.00 |
| Fedway PO Box 651 Basking Ridge, NJ 07920 | | | | | | $10,652.51 |
| Gargiulo 535 Sweetland Ave Hillside Hillside, NJ 07205 | | | | | | $12,333.45 |
| K Family 18 E Union Blvd Bethlehem, PA 18018 | | | | | | $5,479.80 |
| Kalamata Capital Group | | | Contingent Unliquidated Disputed | | | $189,000.00 |
| On The Spot Plumbing & Heating 195 US-46, 2 Totowa Totowa, NJ 07512 | | | | | | $24,138.45 |
| Pacific Fish Market 317 Cox Street Roselle, NJ 07203 | | | | | | $27,010.60 |
| Paragon Parking 16-43 Eberlin Drive Fair Lawn, NJ 07410 | | | | | | $4,140.00 |

| Debtor | **Englewood Hospitality LLC** | | | Case number *(if known)* | |
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Personal Security Company 285 Division Ave Brooklyn, NY 11211** | | | | | | **$7,448.00** |
| **Port Royale** | | **Settlement Payment** | | | | **$23,805.34** |
| **PSEG 214 Hudson St Hackensack, NJ 07601** | | | | | | **$19,622.71** |
| **Redway Group 17020 Five Waters Ave Boca Raton, FL 33496** | | | | | | **$6,709.57** |
| **Riviera Produce PO BOX #6065 Englewood, NJ 07631** | | | | | | **$21,938.34** |
| **Rosebud 3rd Avenue LLC** | | **Lease outstanding balance** | **Contingent Unliquidated Disputed** | | | **$151,801.38** |
| **SQ Advance 7901 4th St N Ste 300 Saint Petersburg, FL 33702** | | | **Unliquidated Disputed** | | | **$416,500.00** |
| **Touton 129 W 27th Street 9th fl New York New York, NY 10001** | | | | | | **$4,349.00** |
| **Val's Ocean Pacific Seafood 624 Worthen St Bronx, NY 10474-4000** | | | | | | **$11,812.55** |
| **Vivan Capital Group 60 Park Place 20th Floor NJ 07102** | | | **Unliquidated Disputed** | | | **$125,000.00** |

| Fill in this information to identify the case: |
| --- |

Debtor name    **Englewood Hospitality LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................    $ _____0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................    $ ____534,205.73

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................................    $ ____534,205.73

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $ ____185,500.00

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................    $ _____0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$ ____1,123,489.03

4.    **Total liabilities** ...........................................................................................................................
    Lines 2 + 3a + 3b

| $ | 1,308,989.03 |
| --- | --- |

**Fill in this information to identify the case:**

Debtor name **Englewood Hospitality LLC**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **JP Morgan Chase** | **Checking** | **5552** | **$4,459.96** |
| 3.2. | **ConnectOne Bank** | **Checking Account** | **8138** | **$19,745.77** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $24,205.73 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Debtor | **Englewood Hospitality LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>Point of sales equipment | $10,000.00 | Appraisal | $10,000.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $10,000.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| Debtor | **Englewood Hospitality LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Main Kitchen, Prep Kitchen and three bars<br>equipment** | **$500,000.00** | **Appraisal** | **$500,000.00** |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

    | | |
    |---|---|
    | | **$500,000.00** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ■ No. Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No. Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties**<br>**New Jersey liqour license #2025-23** | **Unknown** | | **Unknown** |
| **New Jersey Liqour License # 0216-33-001-008** | **Unknown** | | **Unknown** |
| **New Jersey Fire Certificate Of Inspection<br>#0216-040936** | **Unknown** | | **Unknown** |

| Debtor | **Englewood Hospitality LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| **New Jersey Certificate Of Registration #0216-040936** | Unknown | N/A | Unknown |
|---|---|---|---|

63.   **Customer lists, mailing lists, or other compilations**

64.   **Other intangibles, or intellectual property**

65.   **Goodwill**

66.   **Total of Part 10.**

      Add lines 60 through 65. Copy the total to line 89.

|  |
|---|
| **$0.00** |

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

    ■ No
    ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ■ No
    ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

| Debtor | **Englewood Hospitality LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $24,205.73 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $500,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $534,205.73 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $534,205.73 |

**Fill in this information to identify the case:**

Debtor name __**Englewood Hospitality LLC**__

United States Bankruptcy Court for the: __DISTRICT OF NEW JERSEY__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **ConnectOne Bank** | Describe debtor's property that is subject to a lien | **$183,000.00** | **$0.00** |

Creditor's Name

**301 Sylvan Avenue
Englewood Cliffs, NJ 07632**

Creditor's mailing address

Describe the lien
**Line of Credit**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **ConnectOne Bank** | Describe debtor's property that is subject to a lien | $2,500.00 | $0.00 |

Creditor's Name

**301 Sylvan Avenue
Englewood Cliffs, NJ 07632**

Creditor's mailing address

Describe the lien
**lOAN**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

Debtor    **Englewood Hospitality LLC**                                          Case number (if known) _____
          _____
          Name

■ No
☐ Yes. Specify each creditor,          ☐ Contingent
including this creditor and its         ☐ Unliquidated
relative priority.                      ☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$185,500.00** |

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
|  |  |  |

**Fill in this information to identify the case:**

Debtor name    **Englewood Hospitality LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**495 Sylvan Avenue Land LLC**<br>**141 W. 36th Street, 14th Floor**<br>**New York, NY 10018**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **Unknown** |
| **3.2** Nonpriority creditor's name and mailing address<br>**Adriana Avdiu**<br>**301 Lafayette Ave**<br>**#3C**<br>**Cliffside Park, NJ 07010**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **Unknown** |
| **3.3** Nonpriority creditor's name and mailing address<br>**Adriano Mejia-Perez**<br>**20 Ave at Port Imperial**<br>**Apt. 215**<br>**West New York, NJ 07093**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **Unknown** |
| **3.4** Nonpriority creditor's name and mailing address<br>**Agustin Solano-Diaz**<br>**3500 Dekalb Ave Apt 1F**<br>**Bronx, NY 10467**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **Unknown** |

| Debtor | Englewood Hospitality LLC | Case number (if known) | |
|--------|---------------------------|------------------------|--|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address
**Alex Magtzul**
**40 Tenafly Road**
**Englewood, NJ 07631**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6** | Nonpriority creditor's name and mailing address
**Alexander Butti**
**165 Glenn Ave**
**Norwood, NJ 07648**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.7** | Nonpriority creditor's name and mailing address
**Alexander Plotkin**
**41 Fairview Road**
**Tenafly, NJ 07670**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.8** | Nonpriority creditor's name and mailing address
**Allied Beverage**
**P.O. Box 7000**
**Elizabeth, NJ 07207**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$22,415.22**

---

**3.9** | Nonpriority creditor's name and mailing address
**Alvaro Fernandez**
**100 E Palisade Ave**
**C13**
**Englewood, NJ 07631**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.10** | Nonpriority creditor's name and mailing address
**Alyssa Colon**
**3021 Edwin Avenue**
**5A**
**Fort Lee, NJ 07024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.11** | Nonpriority creditor's name and mailing address
**Ambre Cobert**
**262 Spring Valley Ave**
**Hackensack, NJ 07601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Englewood Hospitality LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ana Aldana-Vargas**
**81 Maryland Ave**
**#1**
**Paterson, NJ 07503**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anahid Saadati**
**2365 Hudson Terrace**
**Ap. 5e**
**Fort Lee, NJ 07024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Andrea Halova**
**100 Old Palisades RD**
**Fort Lee, NJ 07024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Andrea Montoya**
**105 Oakview Hwy**
**Trl 54**
**East Hampton, NY 11937**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Andres Castro**
**367 W. Palisade Ave**
**Englewood, NJ 07631**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Andrew Raptis**
**205 Graney Dr**
**Westwood, NJ 07675**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Angel Rodriguez**
**6711 Polk St**
**West New York, NJ 07093**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Englewood Hospitality LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Aniss Chafer**
**911 Adee Ave**
**Bronx, NY 10469**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anthony Gallo**
**131 Mamaroneck Ave**
**White Plains, NY 10601**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anthony Milone**
**449 Oncrest Terr**
**Cliffside Park, NJ 07010**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anthony Miroddi**
**212 Lafayette Avenue**
**Township of Washington, NJ 07676**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ardam**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Arijan Hasanaj**
**39 Cox Ave**
**Armonk, NY 10504**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ashley Vindas**
**530 57th St**
**Apt. 3**
**West New York, NJ 07093**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Englewood Hospitality LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Astrit Gjana
238 Crescent Ln
Apt 1
Cliffside Park, NJ 07010

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,080.89**

BERT POSESS, INC.
100 E. 25th Street
Paterson, NJ 07514

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Blanca- E Hernandez
224 Liberty Road
Englewood, NJ 07631

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Brandon Torres
118 74th Street
Apt. B3
North Bergen, NJ 07047

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Bridget Delaney
10 Briarwood Ave
Norwood, NJ 07648

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Camila Castrillon
7000 Polk St
West New York, NJ 07093

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Camila Garcia-Mendoza
495 Sylvan Ave
Englewood Cliffs, NJ 07632

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Englewood Hospitality LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.33**

**Nonpriority creditor's name and mailing address**

**Camila Hernandez-Garcia**
**7000 Polk St**
**West New York, NJ 07093**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.34**

**Nonpriority creditor's name and mailing address**

**Carlos Marcos-Ventura**
**1222 Bryant Ave**
**Apt. 3**
**Bronx, NY 10459**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.35**

**Nonpriority creditor's name and mailing address**

**Carlos Moreno**
**177 Morse Pl**
**Englewood, NJ 07631**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.36**

**Nonpriority creditor's name and mailing address**

**Carlos Turcios**
**556 Anderson Ave**
**Cliffside Park, NJ 07010**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.37**

**Nonpriority creditor's name and mailing address**

**Carolina Sarrazola-Gutie**
**316 27th Street**
**Union City, NJ 07087**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.38**

**Nonpriority creditor's name and mailing address**

**Catalina Venegas**
**214 Third Street**
**Englewood, NJ 07631**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.39**

**Nonpriority creditor's name and mailing address**

**Charlie Tsakrios**
**9 Morgan Court**
**Montvale, NJ 07645**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | **Englewood Hospitality LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Christos Cane**
**20 West Bayview Ave**
**Englewood Cliffs, NJ 07632**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Constantino Kokotos**
**525 Brandon Place**
**Cliffside Park, NJ 07010**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,143.00 |
|---|---|---|---|

**Cool Control**
**300 Pleasantview Ave**
**Suite 700D**
**Hackensack, NJ 07601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cristian Cardona**
**366 Salem St**
**New Milford, NJ 07646**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cristian Montoya**
**121 Linden Rd**
**Roselle, NJ 07203**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Crystal Percussion**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dana Paradiso**
**500 Center Ave**
**#211**
**Westwood, NJ 07675**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Englewood Hospitality LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Daniel Contreras-Duenas**
**7212 Skyline Drive**
**Fort Lee, NJ 07024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Daniel Rapolla**
**6035**
**Boulevard East**
**West New York, NJ 07093**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Daniel Struhs**
**285 Marietta St**
**Englewood Cliffs, NJ 07632**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Danilo Lopez**
**231B 9th Street**
**Palisades Park, NJ 07650**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**David Garcia**
**39-14 55 Street**
**Second Floor**
**Woodside, NY 11377**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**David Magzul**
**40 Tenafly Rd**
**Englewood, NJ 07631**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**David Mandigma**
**67 Knapp**
**Englewood, NJ 07631**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Englewood Hospitality LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Delvis Matos
127 Spring Street
Passaic, NJ 07055

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Dimitrios Cane
20 West Bayview Ave
Englewood Cliffs, NJ 07632

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Dmitriy Mesh
8100 Bay Parkway 3-A
Brooklyn, NY 11214

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Dom Mandigma
67 knapp
Englewood, NJ 07631

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Drita Boga
16 Colonial Dr
Mahopac, NY 10541

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Dustyn Torres
3214 Crest Lane
Fort Lee, NJ 07024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Easy Ice, LLC
PO Box 650769
Dallas, TX 75265-0769

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Englewood Hospitality LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $847.77 |
|---|---|---|---|

**Ecolab**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Edgar Magzul**
**155 Anderson Ave.**
**Fairview, NJ 07022**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Eduardo Flores**
**3405 Kossuth Ave**
**Apt 3F**
**Bronx, NY 10467**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Edward Guggino**
**63 West Passaic Street**
**Maywood, NJ 07607**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Edward Pjternika**
**62 Ettrick Terrace**
**C4**
**Rutherford, NJ 07070**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Edwin Tamat**
**1604 8th St**
**North Bergen, NJ 07047**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Eirini Mouzakiti**
**2158 42nd**
**Astoria, NY 11105**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Englewood Hospitality LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.68** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Eleftherios Rompesis**
24 12 26th Street
Astoria, NY 11102

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Elif Ctiner**
325 Tenafly Rd
Tenafly, NJ 07670

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Eliud Fuentes**
3320 Kossuth Avenue
Bronx, NY 10467

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Employers Preferred Ins CO.**
P.O Box 539003
Henderson, NV 89053-9003

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Enkel Ahmeti**
250 Gorge Rd
Apt. 41
Cliffside Park, NJ 07010

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Ergin Brahimi**
671 Summit St
Englewood Cliffs, NJ 07632

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Evangelia Dipinto**
12 Woodfield Ln
Glen Head, NY 11545

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Englewood Hospitality LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Evangelos Panagiotidis**
**217 Dayton Ave**
**Clifton, NJ 07011**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ever Sirin-Asijutuj**
**224 Liberty Road**
**Englewood, NJ 07631**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ewelina Gomez**
**16 Saddle River Ave**
**South Hackensack, NJ 07606**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,652.51 |
|---|---|---|---|

**Fedway**
**PO Box 651**
**Basking Ridge, NJ 07920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Fermin Castro**
**347 Washington Pl**
**Englewood, NJ 07631**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Fernando Castro**
**367 West Palisade**
**Englewood Cliffs, NJ 07632**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Fernando Ramirez**
**15 Lindbergh Blvd**
**Teaneck, NJ 07666**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Englewood Hospitality LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.82** | Nonpriority creditor's name and mailing address

**Fidel Mendoza**
**367 Jersey Ave**
**Fairview, NJ 07022**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.83** | Nonpriority creditor's name and mailing address

**Food Act International**
**441 Newark Pompton Tpke # 443**
**Wayne, NJ 07470**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$410.00**

---

**3.84** | Nonpriority creditor's name and mailing address

**Francisco Cartagena**
**495 Sylvan Ave.**
**Englewood Cliffs, NJ 07632**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.85** | Nonpriority creditor's name and mailing address

**Franklin Yos-Aju**
**224 Liberty Road**
**Englewood, NJ 07631**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.86** | Nonpriority creditor's name and mailing address

**Gabriel Diaz**
**510 Undercliff Avenue**
**Edgewater, NJ 07020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.87** | Nonpriority creditor's name and mailing address

**Gabriel Hoffman**
**149 Railroad Ave**
**Norwood, NJ 07648**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.88** | Nonpriority creditor's name and mailing address

**Gabriella Rodriguez**
**1000 W Fort Lee Rd**
**Bogota, NJ 07603**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Englewood Hospitality LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,333.45 |
|---|---|---|---|

**Gargiulo**
**535 Sweetland Ave Hillside**
**Hillside, NJ 07205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Genti Sari**
**495 Sylvan Ave**
**Englewood Cliffs, NJ 07632**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gentian Saraci**
**486 Bronx River Road**
**Yonkers, NY 10704**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**George Stamos**
**8 Heritage Rd**
**Westwood, NJ 07675**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Georgios Bariampas**
**53 W Palisades Ave**
**Apt 408**
**Englewood, NJ 07631**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Giselle Guerra**
**227 W Mt. Pleasent Ave**
**Livingston, NJ 07039**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Glamo Productions**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Englewood Hospitality LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.96** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Godfredo Rojas
7000 Kennedy Blvd
Apt. 21

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.97** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Grace Koustas
313 Homans Ave
Harrington Park, NJ 07640

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Hanjooh Bae
10 Abbott Ave
Palisades Park, NJ 07650

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Harlowe Curko
544 Summit Street
Englewood Cliffs, NJ 07632

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Henry Mina-Santos
385 Tryon Ave
Englewood, NJ 07631

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Herbet Larsen
149 17th Street
West New York, NJ 07093

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.102** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Hermilo Simon
242 Day Ave
#1
Cliffside Park, NJ 07010

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Englewood Hospitality LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Hudson Bread**
**5601-5711 Tonnelle Ave**
**North Bergen, NJ 07047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Hyrisha Kastrati**
**22 Engle St**
**Apt. 14**
**Englewood, NJ 07631**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ioannhe Mavrovouniotis**
**60 A West Oakdene Avenue**
**Palisades Park, NJ 07650**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ionnis Poulios**
**3250 44th street**
**Ap. 3F**
**Astoria, NY 11103**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Israel Davila**
**120 Grand Avenue**
**Englewood, NJ 07631**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ivan Aragon**
**41-42 Elbertson St**
**Elmhurst, NY 11373**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**james Mendez**
**2329 Hudson Terrace**
**Fort Lee, NJ 07024**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | Englewood Hospitality LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.110** Nonpriority creditor's name and mailing address

**James Miaoulis**
**91 Trinity Court**
**Paramus, NJ 07652**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.111** Nonpriority creditor's name and mailing address

**Jandell**
**31 Mamaroneck Ave**
**White Plains, NY 10601**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

**3.112** Nonpriority creditor's name and mailing address

**Javiar Silva**
**40 Woodcliff Ave**
**North Bergen, NJ 07047**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.113** Nonpriority creditor's name and mailing address

**Jay Fein**
**555 North Ave**
**Apt. 16V**
**Fort Lee, NJ 07024**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.114** Nonpriority creditor's name and mailing address

**Jazminne Perez-Cacho**
**185 High St**
**Fl. 1**
**Hackensack, NJ 07601**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.115** Nonpriority creditor's name and mailing address

**Jean Fromento**
**989 Roosevelt Avenue**
**Union, NJ 07083**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.116** Nonpriority creditor's name and mailing address

**Jennifer Han**
**426 Bergen Blvd**
**Apt. 2**
**Ridgefield, NJ 07657**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Englewood Hospitality LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.117** | Nonpriority creditor's name and mailing address

Jennifer Young
16 Saddle River Ave
South Hackensack, NJ 07606

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.118** | Nonpriority creditor's name and mailing address

Jesse Carmona
32 Bulger Ave
Apt 32C
New Milford, NJ 07646

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.119** | Nonpriority creditor's name and mailing address

Jessica Cartagena
201 W. Palisade Ave
Apt 2
Englewood, NJ 07631

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.120** | Nonpriority creditor's name and mailing address

Jetmir Loku
2050 Central Rd
Apt. 722
Fort Lee, NJ 07024

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.121** | Nonpriority creditor's name and mailing address

Jhonjairo Alcantara
262-264 Mount Pleasent Ave
Newark, NJ 07104

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.122** | Nonpriority creditor's name and mailing address

Johnny Tozorin
621 Paliside Ave
Englewood, NJ 07631

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.123** | Nonpriority creditor's name and mailing address

Johnny Velasco
98 Highwood Ave
Englewood, NJ 07631

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor    **Englewood Hospitality LLC**_____    Case number (if known) _____
　　　　　　　　Name

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Johny Tzorin**
**391 Delano Pl**
**Fairview, NJ 07022**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jonatha Guerrero-Paredes**
**8856 76th St**
**Apt. #1**
**Woodhaven, NY 11421**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jonathan Fernandez**
**2017 Hudson Terrace**
**Apt. F**
**Fort Lee, NJ 07024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jorge Acosta-Arozamena**
**8800 Boulevard East**
**Apt. 8J**
**North Bergen, NJ 07047**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jorge Leiva**
**242 Engle St**
**Englewood, NJ 07631**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jorge Luna**
**3211 Lafalette St**
**Jersey City, NJ 07304**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jose Cruz Navarro**
**3337 Hudson Ave**
**Apt. 2R**
**Union City, NJ 07087**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Englewood Hospitality LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jose Melendez**
**495 Sylvan Ave**
**Englewood Cliffs, NJ 07632**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jose Moranchel-Andrade**
**4534 Brown Street**
**Union City, NJ 07087**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Josie Papile**
**40 Arlington Blvd**
**North Arlington, NJ 07031**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Juan Chemas**
**301 79th St**
**Apt. 3C**
**North Bergen, NJ 07047**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Juan Lopez**
**2980 Briggs Ave**
**Apt. 3A**
**Bronx, NY 10458**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Juan Restreposoaldarriaga**
**121 Linden Rd**
**Roselle, NJ 07203**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Julia Barros**
**83 Grove St**
**Apt. B**
**Tenafly, NJ 07670**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Englewood Hospitality LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.138** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,479.80**

**K Family**
**18 E Union Blvd**
**Bethlehem, PA 18018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.139** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$189,000.00**

**Kalamata Capital Group**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  06/05/2025

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.140** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Karoll Panqueva**
**1251 Overlook Ave**
**Teaneck, NJ 07666**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Katherine Guillen**
**125 43rd St**
**Union City, NJ 07087**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Kevin Campos**
**3320m Kossuth Ave**
**Bronx, NY 10467**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Kevin Hogan**
**230 Washington Street**
**Hoboken, NJ 07030**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Kevin Morel**
**814 Grand Ave Apt 2**
**North Bergen, NJ 07047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Englewood Hospitality LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.145** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Kichul Park
313 E. Harriet Ave
Unit B
Palisades Park, NJ 07650

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Kiera Boyle
434 Fairway Drive
Leonia, NJ 07605

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Kiriaki Dumas
67 Franklin Ave
Hasbrouck Heights, NJ 07604

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Koh In-Yong
118 Bergen Blvd
Apt. 3D
Palisades Park, NJ 07650

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,597.45**

Kohler
150 Wagaraw Rd
P.O. Box 643
Hawthorne, NJ 07507

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.150** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Kostantinos Thliveros
190 River Road
#413
Edgewater, NJ 07020

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.151** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Kyle Lippert
190 River Rd
Apt 215
Edgewater, NJ 07020

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Englewood Hospitality LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lauren Avarez**
**6608 Polk St**
**2B**
**West New York, NJ 07093**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$240.00** |
|---|---|---|---|

**LD Gelato, LLC**
**57 Oak Street**
**Norwood, NJ 07648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Leonardo Vargas**
**7112 Park Ave**
**Apt 406**
**North Bergen, NJ 07047**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Liberty Pest**
**8220 17th Avenue**
**Brooklyn, NY 11214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Liliana Sifontes-Ramirez**
**7215 Bergline Ave**
**Apt #54**
**North Bergen, NJ 07047**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Liliana Suarez-Herrera**
**127 68th Street**
**West New York, NJ 07093**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$745.00** |
|---|---|---|---|

**Line-1-1**
**1257 Paterson Plank Road**
** P.O. Box #1175**
**Secaucus, NJ 07096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Englewood Hospitality LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.159** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Luis Ceballos-Palma**
**1192 Walton Ave**
**Apt. D4**
**Bronx, NY 10452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.160** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Luis Sanchez**
**100 Belmont Street**
**Englewood, NJ 07631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.161** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Luis Xep-Xep**
**35 Anderson Ave**
**Fairview, NJ 07022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.162** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Malodic Production**
**535 Hawkins Ave**
**Ronkonkoma, NY 11779**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.163** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Manuel Palacio**
**113 E 21st Street**
**Paterson, NJ 07513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.164** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Manuel Solano**
**381 Webster Drive**
**New Milford, NJ 07646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.165** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Marcos Sirin-Son**
**621 Palisade Ave**
**Cliffside Park, NJ 07010-1000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| Debtor | Englewood Hospitality LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.166** | Nonpriority creditor's name and mailing address

**Maria Cardenas-Alzate**
130 E Fort Lee Rd
Apt. 3A
Bogota, NJ 07603

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.167** | Nonpriority creditor's name and mailing address

**Maria Flores**
7809 4th Ave
North Bergen, NJ 07047

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.168** | Nonpriority creditor's name and mailing address

**Maria Jaramillo-Castillo**
1615 Valley St
Unit B
Fort Lee, NJ 07024

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.169** | Nonpriority creditor's name and mailing address

**Maria Lippert**
190 River Road
Apt 215
Edgewater, NJ 07020

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.170** | Nonpriority creditor's name and mailing address

**Mario Perez**
3214 Kingsbridge Ave
Apt 3D
Bronx, NY 10463

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.171** | Nonpriority creditor's name and mailing address

**Martin Asijtuj**
224 Liberty Road
Englewood, NJ 07631

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.172** | Nonpriority creditor's name and mailing address

**Marvin Cardenas Molina**
64 67th Street
West New York, NJ 07093

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Englewood Hospitality LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.173** | Nonpriority creditor's name and mailing address

**Marvin Sisimit**
224 Liberty Rd
Englewood, NJ 07631

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.174** | Nonpriority creditor's name and mailing address

**Mathew De-La-Rosa**
226 Waldo Pl
Englewood, NJ 07631

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.175** | Nonpriority creditor's name and mailing address

**Mauricio Caro**
5701 Park Avenue
West New York, NJ 07093

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.176** | Nonpriority creditor's name and mailing address

**Mauricio Uribe**
318 17th Street
Union City, NJ 07087

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.177** | Nonpriority creditor's name and mailing address

**Maxwel Plotkin**
41 Fairview Rd
Tenafly, NJ 07670

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.178** | Nonpriority creditor's name and mailing address

**Mediteranean Gyro Products**
11-02 38th Ave
Long Island City, NY 11101

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.179** | Nonpriority creditor's name and mailing address

**Michael Diaz**
59 Prospect Ave
Apt J1
Hackensack, NJ 07601

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Englewood Hospitality LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Miguel Ospina-Chavez**
**5222 Meadowview Ave**
**North Bergen, NJ 07047**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mijael Garcia**
**36 Hickory Ave**
**Bergenfield, NJ 07621**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Milton Sirin**
**224 Liberty Rd**
**Englewood, NJ 07631**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mitchell Arias**
**63 Blauvelt Rd**
**Nanuet, NY 10954**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mitchell B. Arias**
**1263 Valley Rd**
**Montclair, NJ 07043**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mohamed Arouf**
**333 Ovington Avenue**
**Apt. B44**
**Brooklyn, NY 11209**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Muhammet Bilir**
**268 Getty Ave**
**Clifton, NJ 07011**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Englewood Hospitality LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.187** | Nonpriority creditor's name and mailing address

**Nakai Kulik**
**28 Summit St**
**Englewood, NJ 07631**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.188** | Nonpriority creditor's name and mailing address

**Natalia Diaz**
**527 8th Street**
**Union City, NJ 07087**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.189** | Nonpriority creditor's name and mailing address

**Natalia Makridi**
**53 West palisades Ave**
**Apt 408**
**Englewood, NJ 07631**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.190** | Nonpriority creditor's name and mailing address

**Natalia Rengifo-Rodas**
**55 68th St**
**Apt. 4A**
**West New York, NJ 07093**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.191** | Nonpriority creditor's name and mailing address

**Nestor Sinchi**
**3106 Central Ave**
**Union City, NJ 07087**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.192** | Nonpriority creditor's name and mailing address

**New York Mutual**
**77 Metro Way Secaucus**
**Secaucus, NJ 07094**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.193** | Nonpriority creditor's name and mailing address

**Nicoletta Consales**
**55 Marjorie Terrace**
**Englewood Cliffs, NJ 07632**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Englewood Hospitality LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.194** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Noe Cumes**
**166 West St**
**Englewood, NJ 07631**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.195** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Ognjen Grbovic**
**340 Plaza Road N**
**Apt. A**
**Fair Lawn, NJ 07410**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.196** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Olga Adyrova**
**512A Anderson Avenue**
**Cliffside Park, NJ 07010**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.197** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,138.45**

**On The Spot Plumbing & Heating**
**195 US-46, 2 Totowa**
**Totowa, NJ 07512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.198** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Opici**
**25 Deboer Drive**
**Glen Rock, NJ 07452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.199** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,700.00**

**Optima Food**
**15 W.Jefryn Blvd Deer Park**
**Deer Park, NY 11729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.200** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Ozge Karadas**
**368 Indercliff Ave**
**Edgewater, NJ 07020**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Englewood Hospitality LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**P&S Food**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27,010.60** |
|---|---|---|---|

**Pacific Fish Market**
**317 Cox Street**
**Roselle, NJ 07203**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,140.00** |
|---|---|---|---|

**Paragon Parking**
**16-43 Eberlin Drive**
**Fair Lawn, NJ 07410**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$519.81** |
|---|---|---|---|

**Paris Gourmet**
**145 Grand Street**
**Carlstadt, NJ 07072**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,030.00** |
|---|---|---|---|

**Pascal Coffee**
**P.O Box 347**
**Yonkers, NY 10710**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Paul Kontzamanis**
**67 John Street**
**Englewood Cliffs, NJ 07632**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,566.68** |
|---|---|---|---|

**Pepsi**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Englewood Hospitality LLC** | Case number (if known) |
|--------|-------------------------------|------------------------|
| | Name | |

---

**3.208** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,448.00**

**Personal Security Company**
**285 Division Ave**
**Brooklyn, NY 11211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.209** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Peter Dokas**
**104 Hoover Drive**
**07626**
**Cresskill, NJ 07626**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.210** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Peter Spyropoulos**
**28 Garden Pl**
**Apt 162**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.211** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Philip Cimmino**
**775 cypress st**
**New Milford, NJ 07646**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.212** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,805.34**

**Port Royale**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Settelment Payment_

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.213** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Porter House Party**
**243 Robinson Avenue**
**Staten Island, NY 10312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.214** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,622.71**

**PSEG**
**214 Hudson St**
**Hackensack, NJ 07601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Englewood Hospitality LLC** | Case number (if known) | |
|--------|-------------------------------|------------------------|--|
| | Name | | |

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------------|

**Rafael Hernandez**
**92-36 Kennedy Blvd**
**North Bergen, NJ 07047**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------------|

**Raffetto's Fresh Pasta**
**62 W Commercial Ave**
**Moonachie, NJ 07074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------------|

**Raul Mendoza**
**432 Garden Plain**
**Fairview, NJ 07022**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------------|

**Rebeca Kawano-Yha**
**3 Prospect St**
**Apt. 3H**
**New Rochelle, NY 10805**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------------|

**Redian Cobo**
**284 Sylvian Knoll Rd**
**Union City, NJ 07087**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,709.57** |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------------|

**Redway Group**
**17020 Five Waters Ave**
**Boca Raton, FL 33496**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------------|

**Renee Kotsatos**
**18 East North St**
**Bethlehem, PA 18018**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Englewood Hospitality LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Restaurant Graphics**
**67 Newark Way**
**Maplewood, NJ 07040**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rhea Stuart**
**4201 Bergen Turnpike**
**Apt. 2c**
**North Bergen, NJ 07047**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ricardo D-L-Santos-Calva**
**214 63rd St**
**Fl. 2F**
**West New York, NJ 07093**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,938.34 |
|---|---|---|---|

**Riviera Produce**
**PO BOX #6065**
**Englewood, NJ 07631**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151,801.38 |
|---|---|---|---|

**Rosebud 3rd Avenue LLC**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **Lease outstanding balance**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ruben Silva-Xochipa**
**5413 Madison St**
**Apt 2**
**West New York, NJ 07093**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Santiago Arias**
**245 Hamilton Ave**
**Hasbrouck Heights, NJ 07604**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | Englewood Hospitality LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.229**

**Nonpriority creditor's name and mailing address**

**Sara Palacios**
**371 Bergen Blvd**
**Apt 505**
**Fairview, NJ 07022**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.230**

**Nonpriority creditor's name and mailing address**

**Scarlet Pena**
**696 Catalpa Ave**
**Teaneck, NJ 07666**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.231**

**Nonpriority creditor's name and mailing address**

**Sebastian Castano**
**86 Van Buskirk Rd**
**Teaneck, NJ 07666**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.232**

**Nonpriority creditor's name and mailing address**

**Sebastian Salazar**
**130 Glenbrook Parkway**
**Apt. 1D**
**Englewood, NJ 07631**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.233**

**Nonpriority creditor's name and mailing address**

**Selective Insurance**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.234**

**Nonpriority creditor's name and mailing address**

**Shqipron Iddrizi**
**519 Summit Ave**
**Fort Lee, NJ 07024**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.235**

**Nonpriority creditor's name and mailing address**

**Simone Alvarez**
**495 Sylvan Ave**
**Englewood Cliffs, NJ 07632**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Englewood Hospitality LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$188.00** |
|---|---|---|---|

**Skurnick**

| | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sophia Dibarro**
**6040 JFK Blvd. East**
**West New York, NJ 07093**

| | ■ Contingent |
| | ■ Unliquidated |
| | ■ Disputed |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sorelly Arbelaez-Vergara**
**495 Syvan Avenue**
**Englewood Cliffs, NJ 07632**

| | ■ Contingent |
| | ■ Unliquidated |
| | ■ Disputed |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Spyros Benos**
**34-46 Bernon Blvd**
**Apt. 1004**
**Astoria, NY 11106**

| | ■ Contingent |
| | ■ Unliquidated |
| | ■ Disputed |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$416,500.00** |
|---|---|---|---|

**SQ Advance**
**7901 4th St N**
**Ste 300**
**Saint Petersburg, FL 33702**

| | ☐ Contingent |
| | ■ Unliquidated |
| | ■ Disputed |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Stacey Ivanov**
**25 Broad Street**
**Apt. 5f**
**New York, NY 10004**

| | ■ Contingent |
| | ■ Unliquidated |
| | ■ Disputed |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Stelios Stoupakis**
**567 Ridgedale Ave**
**East Hanover, NJ 07936**

| | ■ Contingent |
| | ■ Unliquidated |
| | ■ Disputed |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | Englewood Hospitality LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.243**

**Nonpriority creditor's name and mailing address**

Stephany Rodriguez-Ramirez
539 W 160th St
5A
New York, NY 10032

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.244**

**Nonpriority creditor's name and mailing address**

Taner Serveren
546 Anderson Ave
Cliffside Park, NJ 07010

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.245**

**Nonpriority creditor's name and mailing address**

Teri Koustas
313 Jomans Ave
Closter, NJ 07624

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.246**

**Nonpriority creditor's name and mailing address**

Teryn Chamberlain
389 Main St
Apt. 320
Hackensack, NJ 07601

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.247**

**Nonpriority creditor's name and mailing address**

Thomas Parisi
573 Floyd Street
Englewood Cliffs, NJ 07632

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.248**

**Nonpriority creditor's name and mailing address**

Thomas Robinson
150 Main St
Hackensack, NJ 07601

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.249**

**Nonpriority creditor's name and mailing address**

Touton
129 W 27th Street
9th fl New York
New York, NY 10001

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$4,349.00**

---

| Debtor | Englewood Hospitality LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.250** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Universal Fire Protections**
7330 Tulip Street
Philadelphia, PA 19136

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.251** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,812.55**

**Val's Ocean Pacific Seafood**
624 Worthen St
Bronx, NY 10474-4000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.252** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Veolia**
500 Frank W. Burr Blvd
Mailbox 21
Teaneck, NJ 07666

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.253** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Verizon**
1095 Ave of the Americas
New York, NY 10036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.254** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Veronica Flores-Pineda**
5515 Jefferson St
West New York, NJ 07093

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.255** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Vinicio Castro**
260 Shepard Ave
Englewood, NJ 07631

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.256** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Violeta Previzi**
268 12th Street
Palisades Park, NJ 07650

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Englewood Hospitality LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**VIPERJET DRAIN SERVICES**
**5-02 Banta Pl Fairlawn**
**Fair Lawn, NJ 07410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125,000.00** |
|---|---|---|---|

**Vivan Capital Group**
**60 Park Place**
**20th Floor**
 **NJ 07102**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  07/23/2025

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,112.25** |
|---|---|---|---|

**Waste Management**
**PO BOX 3020**
**Monroe, WI 53566-8320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**William Martinez**
**172 Palisade Ave**
**Cliffside Park, NJ 07010**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Yamilet Vasguz**
**126 West End Ave**
**Apt. 1**
**North Bergen, NJ 07047**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,951.26** |
|---|---|---|---|

**Yankee Linen**
**63 2nd Ave**
**Paterson, NJ 07514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Yoni- F Asijtuj-Telon**
**224 Liberty Rd**
**Englewood, NJ 07631**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Englewood Hospitality LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.264** | **Nonpriority creditor's name and mailing address**

**Yoshiharu Suzuki**
167 W Prospect St
Waldwick, NJ 07463

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.265** | **Nonpriority creditor's name and mailing address**

**Yuliana Calle-Benadivez**
98 Highwood Ave
Englewood Cliffs, NJ 07632

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.266** | **Nonpriority creditor's name and mailing address**

**Zachary Aivazov**
600 Harrison St
Apt 3
Hoboken, NJ 07030

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.267** | **Nonpriority creditor's name and mailing address**

**Zaklina Kontic**
95 Sherman Place
Garfield, NJ 07026

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.268** | **Nonpriority creditor's name and mailing address**

**Zendy Son**
621 Palisade Ave
Cliffside Park, NJ 07010

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **1,123,489.03** |

Debtor    **Englewood Hospitality LLC**                              Case number (if known) _____
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Name

**5c. Total of Parts 1 and 2**                              5c.    $ _____ **1,123,489.03**
Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name          **Englewood Hospitality LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|        State the term remaining | |
|        List the contract number of any government contract | **495 Sylvan Land LLC**<br>**141 W 36th St 14th**<br>**New York, NY 10018** |

**Fill in this information to identify the case:**

Debtor name        **Englewood Hospitality LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Lefkes Delray LLC** | **33 SE 3rd Avenue, Suite 105 Delray Beach, FL 33483** | | ☐ D _____ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Englewood Hospitality LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$7,801,061.55** |
| **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$8,866,937.88** |
| **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$10,931,475.96** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)
    **To be Provided**
    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| | | | |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    **Englewood Hospitality LLC**                                      Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Dimitrios Oikonomopoulos v. Englewood Hospitality LLC, Georgia Dumas #BER-L-3826-24** | | **New Jersey Superior Court, Bergen County** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **Gentian Saraci, on behalf of himself and all others similarly situation v. Englewood Hospitality dba Lefkes Estiatorio and Georgia Dumas 2-24-CV-10489** | Labor Lawsuit | **U.S. District Court, District of NJ** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

Debtor    **Englewood Hospitality LLC**                                              Case number *(if known)* _____

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**    **Certain Losses**

---

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

  ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**    **Certain Payments or Transfers**

---

11. **Payments related to bankruptcy**
     List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

  ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Davidoff Hutcher & Citron LLP**<br>**605 Third Avenue**<br>**New York, NY 10158** | | | **$46,811.70** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
     List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
     Do not include transfers already listed on this statement.

  ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
     List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

  ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:**    **Previous Locations**

---

14. **Previous addresses**
     List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

---

Debtor    **Englewood Hospitality LLC**                                              Case number *(if known)* _____

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
|  |  |

### Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
|  |  |  |

### Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
|  |  |  |  |  |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
|  |  |  |  |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

| Debtor | **Englewood Hospitality LLC** | Case number *(if known)* | |

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |

| Debtor | **Englewood Hospitality LLC** | Case number *(if known)* |
|--------|-------------------------------|--------------------------|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|------------------|-------------------------|
| 26a.1.   **Georgia Dumas** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|------------------|-------------------------|
| 26b.1.   **Gerstle, Rosen & Goldenberg, P.A.** **3835 N.W. Boca Raton Blvd.** **Suite 100** **Boca Raton, FL 33431** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|------------------|------------------------------------------------------------------|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|------------------|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---------------------------------------------------------------|-------------------|------------------------------------------------------------------------------|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

Debtor    **Englewood Hospitality LLC**_____    Case number *(if known)*_____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ☑ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☑ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December  8, 2025**_____

**/s/ Georgia Dumas**_____          **Georgia Dumas**_____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Founder**_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
- ☑ No
- ☐ Yes

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
### District of New Jersey

In re **Englewood Hospitality LLC**                                         Case No. _____

                                                            Debtor(s)        Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................................ $          **21,738.00**

    Prior to the filing of this statement I have received ............................... $          **21,738.00**

    Balance Due ...................................................................................... $               **0.00**

2.  $ **1,738.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        □ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        □ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    □ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [List other services that counsel has agreed to provide]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

    **Representation of the debtor(s) in any dischargability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding or contested matter.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December  8, 2025**                          **/s/ Andreas Koutsoudakis**
_Date_                                         **Andreas Koutsoudakis**
                                               _Signature of Attorney_
                                               **Davidoff Hutcher & Citron LLP**
                                               **605 Third Avenue**
                                               **34th Floor**
                                               **New York, NY 10158**
                                               **212 557 7200  Fax: 212 286 1884**
                                               **aak@dhclegal.com**
                                               _Name of law firm_

## United States Bankruptcy Court
### District of New Jersey

In re    __Englewood Hospitality LLC__                                     Case No.    _____
                                              Debtor(s)            Chapter    __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Georgia Dumas** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Founder** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    __December  8, 2025__                        Signature    __/s/ Georgia Dumas__
                                                                 __Georgia Dumas__

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### District of New Jersey

In re   **Englewood Hospitality LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Englewood Hospitality LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December  8, 2025**

Date

/s/ Andreas Koutsoudakis

**Andreas Koutsoudakis**

Signature of Attorney or Litigant

Counsel for   **Englewood Hospitality LLC**

**Davidoff Hutcher & Citron LLP**

**605 Third Avenue**
**34th Floor**
**New York, NY 10158**
**212 557 7200 Fax:212 286 1884**
**aak@dhclegal.com**

## United States Bankruptcy Court
### District of New Jersey

In re  **Englewood Hospitality LLC**

Debtor(s)

Case No.

Chapter  **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Georgia Dumas**, declare under penalty of perjury that I am the **Founder** of  **Englewood Hospitality LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 6th day of December, 2025 .

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Georgia Dumas**, **Founder** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Georgia Dumas**, **Founder** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Georgia Dumas**, **Founder** of this Corporation is authorized and directed to employ Andreas Koutsoudakis attorney and the law firm of **Davidoff Hutcher & Citron LLP** to represent the corporation in such bankruptcy case."

Date  **December 8, 2025**

Signed  **/s/ Georgia Dumas**

**Georgia Dumas**

Resolution of Board of Directors
of
**Englewood Hospitality LLC**


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Georgia Dumas, Founder** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Georgia Dumas, Founder** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Georgia Dumas, Founder** of this Corporation is authorized and directed to employ Andreas Koutsoudakis attorney and the law firm of **Davidoff Hutcher & Citron LLP** to represent the corporation in such bankruptcy case.

Date  **December 8, 2025**                    Signed  */s/ Georgia Dumas*
                                                      **Georgia Dumas**